# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

### JUDGMENT IN A CIVIL CASE

**David C. Magin**,

      **Plaintiff,**

vs.

**Cellco Partnership, d/b/a Verizon Wireless; Verizon Wireless and Managed Care Disability Plans and MetLife Corporation**,

      **Defendant(s)**

CASE NUMBER: 505cv1573 GTS/GJD

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**, the defendant's motion for summary judgment is granted and the plaintiff's motion for summary judgment is denied.  The plaintiff's Complaint is dismissed in its entirety.

    All of the above pursuant to the order of the Honorable Judge Glenn T. Suddaby, dated the 29tth day of September, 2009.

DATED: September 29, 2009

*Lawrence K. Baerman*
Clerk of Court

s/
_____
Marie N. Marra
Deputy Clerk